GARY A. CARDINAL
Assistant General Counsel
Nevada Bar No. 76
University of Nevada, Reno
1664 North Virginia Street/MS 0550
Reno, Nevada 89557-0550
(775) 784-3495
(775) 327-2202--FAX
*Attorney for Defendants*

```
✓ FILED          ___ RECEIVED
___ ENTERED      ___ SERVED ON
                 COUNSEL/PARTIES OF RECORD

        OCT 3 0 2013

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

★★★★★

| | |
|---|---|
| JOSEPH P. CUVIELLO and<br>DENIZ BOLBOL<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF NEVADA, ex rel BOARD OF REGENTS OF NEVADA SYSTEM OF HIGHER EDUCATION on behalf of the UNIVERSITY OF NEVADA, RENO, ("UNR"): on behalf of UNIVERSITY OF NEVADA, RENO POLICE OFFICER JON MARTINEZ, LAWLOR EVENTS CENTER HEAD OF SECURITY MIKE MCCLEARLY and DOES 1-10, in their individual and official capacities, Jointly and Severally,<br><br>Defendants. | Case No.: 3:12-cv-00529-MMD-VPC<br><br>**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>Fed. Rules Civ. Proc., 26(f)<br>LR 26-1(d) |

Plaintiffs and Defendants jointly submit this proposed Stipulated Discovery Plan and Scheduling Order:

1. **Dates of Pertinent Filings:**

    a. Complaint filed – 10/1/12;

    b. First Appearance by Defendants (Motion to Dismiss) – 1/9/13;

    c. First Amended Complaint filed – 1/24/13;

  d. Stipulation to Stay Discovery filed – 2/7/13;

  e. Order Granting Discovery Stay filed – 3/14/13;

  f. Order Granting University's Motion to Dismiss filed – 9/16/13; and

  g. Answer to First Amended Complaint filed – 9/30/13.

 2. **Date of FRCP 26(f) Conference:** The parties conferred by telephone on 10/24/13 and stipulated to the following discovery plan and Scheduling Order.

 3. **Changes to Disclosures- FRCP 26(f)(3)(A):** The parties propose no changes to the timing, form or requirements for Initial Disclosures under FRCP 26(a).

  a. Defendants served their Initial Disclosures on 9/30/13.

  b. Plaintiffs will serve their Initial Disclosures by November 7, 2013.

 4. **Subjects of Discovery – FRCP 26(f)(3)(B):** The parties will conduct discovery on each and all elements of Plaintiffs' claims under 42 U.S.C. § 1983, § 1985 and § 1988. The parties will conduct discovery on each and all affirmative defenses set forth in Defendants' Answer to Amended Complaint.

 5. **Discovery Issues – FRCP 26(f)(3)(C):** The parties do not anticipate any unusual discovery issues at this time.

 6. **Privileged or Confidential Matters – FRCP 26(f)(3)(D):** Defendants reserve the right to seek a protective order regarding any discovery request that calls for the production of confidential or privileged materials. Personnel files are confidential under either Nevada Administrative Code 284.718 or the Nevada System of Higher Education Code §5.6.2, which has the force and effect of law. *State ex rel. Richardson v. Board of Regents,* 70 Nev. 144, 150, 261 P.2d 515, 518 (1953) and *Board of Regents v. Oakley,* 97 Nev. 605, 608, 637 P.2d 1199, 1202 (1981).

 7. **Changes in Limitations on Discovery – FRCP 26(f)(3)(E):** The parties do not anticipate the need for changes to the limitations on discovery at this time.

 8. **Discovery Cutoff – LR 26-1(e)(1):** 180 days from the date of Defendants' Answer sets the discovery cutoff at Saturday, March 29, 2014. Because this is a non-judicial day, the parties propose a deadline of **Monday, March 31, 2014.**

9. **Deadline to Amend Pleadings – LR 26-1(e)(2)**: 90 days prior to the close of discovery sets the deadline to file amended pleadings at Wednesday, January 1, 2014. Because this is a non-judicial day, the parties propose a deadline of **Thursday, January 2, 2014.**

10. **Deadline to Disclose Expert Witnesses – LR 26-1(e)(3)**: 60 days prior to the close of discovery sets the deadline to disclose expert witnesses at **Thursday, January 30, 2014.**

11. **Deadline to Disclose Rebuttal Expert Witnesses – LR 26-1(e)(3)**: 30 days after the disclosure of expert witnesses sets the deadline to disclose rebuttal experts at Saturday, March 1, 2014, Because this is a non-judicial day, the parties propose a deadline of **Monday, March 3, 2014.**

12. **Deadline to File Dispositive Motions – LR 26-1(e)(4)**: 30 days after the discovery cutoff sets the deadline to file dispositive motions at **Wednesday, April 30, 2014.**

13. **Deadline to File Joint Pretrial Order – LR 26-1(e)(5)**: 30 days after the date set for filing dispositive motions sets the date for filing the Joint Pretrial Order at **Friday, May 30, 2014 if no dispositive motions are filed. Should dispositive motions be filed, the date for filing the Joint Pretrial Order shall be suspended until 30 days after decision of the dispositive motions.**

14. **Trial Date:** Both Plaintiffs and Defendants anticipate filing dispositive motions in this case. Therefore, no trial date is suggested.

DATED: 10/28/13

/s/ Gary A. Cardinal
GARY A. CARDINAL
Attorney for Defendants

DATED: 10/25/13

Deniz Bolbol
DENIZ BOLBOL
In Pro Se

DATED: 10/25/13

JOSEPH P. CUVIELLO
In Pro Se

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: October 30, 2013

-3-

1
2        IT IS SO ORDERED this ____ day of _____, 2013.
3
4                                          _____
                                           MAGISTRATE VALERIE P. COOKE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the University of Nevada, Reno, over the age of eighteen years, that I am not a party to the within action, and that on the 28th day of October, 2013, I electronically filed the foregoing **STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**, with the Clerk of the Court by using the CM/ECF system and served the following parties by U.S. mail, postage prepaid, addressed to:

JOSEPH P. CUVIELLO
PO Box 2834
Redwood City, CA  94064

DENIZ BOLBOL
PO Box 2834
Redwood City, CA  94064

/s/ Catherine M. Bandoni
Employee of the University of Nevada, Reno